■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PETTINATO, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on January 25, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J., at plea and sentence; John Collins, J., at *Huntley* hearing), rendered on February 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PERRY, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on December 21, 1983, and judgment of Supreme Court, Bronx County (Burton Hecht, J.), rendered on December 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on these appeals. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Fein, JJ.

■ CITY OF NEW YORK, Respondent, v SOL GOLDMAN et al., Appellants, and SHAM-BUR HOTEL CORP., Respondent.—Two orders, Supreme Court, New York County (Francis Pecora, J.), entered on May 13, 1985, and an order of said court entered on July 8, 1985, unanimously affirmed, without costs and without disbursements. We direct that discovery be completed no later than January 15, 1986, and that a trial should follow immediately thereafter. Concur—Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.